No. 504. CARLISLE LUMBER CO. *v.* NATIONAL LABOR RELATIONS BOARD. March 6, 1939. Motion to consider the petition on the typewritten record granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Charles H. Paul, George Donworth,* and *Charles T. Donworth* for petitioner. *Solicitor General Jackson,* and *Messrs. Charles A. Horsky, Charles Fahy,* and *Robert B. Watts* for respondent.

No. 616. NELSON *v.* DARLEY ET AL. March 6, 1939. Petition for writ of certiorari to the Supreme Court of Alabama denied. *Messrs. Charles L. Rowe* and *Jack Crenshaw* for petitioner. *Messrs. Walter J. Knabe* and *Richard T. Rives* for respondents.

No. 617. PENNSYLVANIA SALT MANUFACTURING CO. *v.* UNITED STATES. March 6, 1939. Petition for writ of certiorari to the Court of Customs and Patent Appeals denied. *Mr. Robert T. McCracken* for petitioner. *Solicitor General Jackson* and *Mr. John R. Benney* for the United States.

No. 619. KENNESAW MOUNTAIN BATTLEFIELD ASSN. ET AL. *v.* UNITED STATES. March 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Sam Hewlett, Walter Dillon,* and *James F. Kemp* for petitioners. *Solicitor General Jackson, Assistant Attorney General McFarland,* and *Mr. C. W. Leaphart* for the United States.